# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0408 | W | 2015 | 002645 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                    NJ  08101-5120
(856) 757-7000  COUNTY OF: CAMDEN

| # OF CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | |

COMPLAINANT
NAME:    THOMAS  COLLINS

*THE STATE OF NEW JERSEY*
*VS.*
DAVID T JONES

ADDRESS:
371 CHELTON AVE

CAMDEN                    NJ  08104

DEFENDANT INFORMATION
SEX: M  EYE COLOR:    N    DOB: -
DRIVER'S LIC. #.                         DL STATE:
SOCIAL SECURITY #:      - ....    SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    CAMDEN    County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY OR KNOWINGLY CAUSE BODILY INJURY TO MICHAEL BRANCH BY USE OF A DEADLY WEAPON, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES WITH A SILVER BLADED KNIFE ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:12-1B(2) A CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY A SILVER BLADED KNIFE, UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL USE, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES ABOUT THE TORSO AND LEGS WITH A KNIFE DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-5D A CRIME OF THE FOURTH DEGREE

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A SILVER BLADED KNIFE WITH THE PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER, in violation of:

| | | | |
|---|---|---|---|
| Original Charge | 1) 2C:12-1B(2) | 2) 2C:39-5D | 3) 2C:39-4D |
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Electronically Signed    THOMAS  COLLINS        Date: 04-17-2015

DATE OF FIRST APPEARANCE 04-28-2015    TIME  9:00am    DATE OF ARREST

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator    Date        Signature of Judge        Date

☐ Probable cause IS found for the issuance of this complaint.
Signature and Title of Judicial Officer Issuing Warrant    Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: $40,000  LB  by: _____ Baltmore
(if different from judicial officer that issued warrant)

☐ Domestic Violence -- Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**DEFENDANT'S COPY**

Page 4 of 7        NJ/CDR2 8/1/2005

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | *THE STATE OF NEW JERSEY* |
|---|---|---|---|---|
| **0408** | **W** | **2015** | **002645** | *VS.* |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO | DAVID T JONES |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                    NJ   08101-5120
(856)757-7000   COUNTY OF:  CAMDEN

ADDRESS:
371 CHELTON AVE

CAMDEN                    NJ   08104

| # of CHARGES | CO-DEFTS | POLICE CASE # | DEFENDANT INFORMATION | |
|---|---|---|---|---|
| 3 | | | SEX:   EYE COLOR: | DOB: |
| COMPLAINANT | | | DRIVE. LIC #: | DL STATE: |
| NAME:   THOMAS  COLLINS | | | SOCIAL SECURITY #:        SBI #: 134453C | |
| | | | TELEPHONE #: | |

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant on or about 04-16-2015 in CAMDEN CITY                    ,     CAMDEN    County, NJ did:
SPECIFICALLY BY STABBING MYCHAEL BRANCH WITH A KNIFE NUMEROUS TIMES ABOUT THE
TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-4D A CRIME OF THE
THIRD DEGREE.

DATE AND TIME:  APRIL 16, 2015    1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

In violation of:

| | | | |
|---|---|---|---|
| Original Charge | 1) | 2) | 3) |
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false,
I am subject to punishment.

Signed: _____    THOMAS  COLLINS ( T C )                    Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015    TIME   9:00am    DATE OF ARREST

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator    Date                    Signature of Judge                    Date

☐ Probable cause IS found for the issuance of this complaint. _____
Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE
NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: $ 40,000    CB    by:_____   Judge Baltimore
(if different from judicial officer that issued warrant)

| ☐ Domestic Violence – Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**DEFENDANT'S COPY**

Page 4 of 7

NJ/CDR2 8/1/2005

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 0408 | W | 2015 | 002647 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO | |

*THE STATE OF NEW JERSEY*
*VS.*
DAVID T JONES

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN          NJ  08101-5120
(856)757-7000  COUNTY OF: CAMDEN

ADDRESS
371 CHELTON AVE

CAMDEN                    NJ 08104

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 1 | | |

COMPLAINANT
NAME:    THOMAS  COLLINS

DEFENDANT INFORMATION
SEX:            EYE COLOR:              DOB:
DRIVER'S LIC. #.                              DL STATE:
SOCIAL SECURITY #:            SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant •n or about 04-16-2015 in CAMDEN CITY                     ,    CAMDEN   County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, HAVING BEEN CONVICTED OF A CRIME ON
9/9/2015 REFERENCE INDICTMENT #CAM14052013532, FOR KNOWINGLY POSSESSING A WEAPON,
SPECIFICALLY BY HAVING IN HIS POSSESSION A SILVER BLADED KNIFE, IN VIOLATION OF
N.J.S. 2C:39-7A A CRIME OF THE FOURTH DEGREE.


DATE AND TIME:  APRIL 16, 2015   1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS


in violation of:

| Original Charge | 1) 2C:39-7A | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false,
I am subject to punishment.

Signed: _____  THOMAS  COLLINS  (TC)                          Date: 04-17-2015

DATE OF FIRST APPEARANCE 04-28-2015   TIME  9:00 AM   DATE OF ARREST

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

❑ Probable cause **IS NOT** found for the issuance of this complaint.

_____  _____  _____  _____
Signature of Court Administrator or Deputy Court Administrator   Date          Signature of Judge          Date

❑ Probable cause **IS** found for the issuance of this complaint. _____
                                    Signature and Title of Judicial Officer Issuing Warrant     Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE
NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: $10,000   OB   by: _____  Judge  Kaltimore
                                    (if different from judicial officer that issued warrant)

| ❑ Domestic Violence – Confidential | ❑ Related Traffic Tickets or Other Complaints | ❑ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
❑ No phone, mail or other personal contact w/victim
❑ No possession firearms/weapons
❑ Other (specify):

## DEFENDANT'S COPY

Page 4 of 7          NJ/CDR2 8/1/2008

Dear Warden Taylor                                    1-17-17

     I David T. Jones 306915 housed on 5-5-c
is writing to you about my warrants.
     Warden Taylor I will like to know why
Im locked up in this County Jail and
yall don't have no signed warrant from a
Judicial officer to hold me.
     I do have proof that the original
warrants aint signed. And please don't say
that the detective signiture is a signed
warrant, cause it's not he just swearing
that the statement he gave is true.
     Im trying to figure out why I been
sitting in this jail for 20 months and
the jail don't have sign warrants. I
asked to sgts to go do to admissions and
get me a copy of a sign warrant because
I need it for court and they both
stated that they admission Sgts. said they
don't have none and sent warrants up
that wasn't the original, Well Im send you
copies of all of them and of the originals
that aint signed.
     I hope you could send somebody to speak
to me about this.                    Yours Truly
                                    David T. Jones

## Camden County Department of Corrections
## Inmate Grievance Form

RECEIVED

RECORD KEEPER

Check box if grievance is regarding: Medical Services ☐
Admissions ☐ Commissary ☐ Classification ☐ Food Services ☐
Internal Affairs Unit ☐ Maintenance ☐ Religious Services ☐
Other ☑: Administration

| | |
|---|---|
| Inmate Name: David T. Jones | Grievance Number: (Staff Use) 02-2017-0042 |
| | Housing Unit: 5-S-C |
| Commit Number: 306915 | Date: 2-25-17 |

**Description of Grievance, Incident or Problem**
(Include date and time of incident)

I wrote to you on 1-17-17 about my warrent wasn't Signed. And it was Illegal for you to hold me. You Never responded back to my letter that I wrote to you on 1-17-17 about this Issue. I can prove to you and any body that the County Jail Never had a signed warrant to hold me So I been kidnap by you and Mr. David Owens Capten Franceschini told me that the County Jail went and got one signed by the prosecuter.

**Action Requested by Inmate:**

Would like to speak to you Warden Taylor

**Describe how and when you tried to resolve this grievance informally with (Lieutenant, Sergeant, Officer, Medical staff, etc.)**

Spoke to many High ranking officer and was lied to.

| | | |
|---|---|---|
| Date you are depositing this Grievance in a grievance Box: | | 2-25-17 |
| Inmate Signature: | Date: | 2-25-17 |

See: Continuation of Grievance – Page 2        Yes ☑   No ☐

**Staff Use Only**

Investigation Notes:

See Attachment

Inmate Released from Jail: Yes ☐ Date Released: _____ No ☐

**Staff Use Only**

Findings Notes (Recommendations/Response):

| | | | |
|---|---|---|---|
| Investigators Signature: | Print Name & Badge # O.H.Hichson #510 | Date: 28-FEB-17 |
| Reviewer Signature: | Print Name & Badge # | Date: |
| Inmate Signature: | | Date: |
| | Satisfactory: Yes ☐ | Unsatisfactory: No ☐ | |

DOC/96078 REVISED 7/2/2015

Camden County Department of Corrections
Inmate Grievance Form

Continuation Page:

| Description of Grievance, Incident or Problem (include date and time of incident) |
|---|
| New Warden Taylor you and the prosecutor are forging Documents to hold me Illegaly. So I would like to speak to you about this matter Like I stated Early in the letter So Can you Please Come and see me. So I can show you my prouf. |

Continuation of Grievance – Page 2

Grievance Number: 02-2017-0042
Author: HICKA
Investigation Note
Date Recorded: 02/28/2017 15:09

This matter has been addressed by Warden Taylor and by Captain Franceschini. In addition, you have also been provided with documentation about your warrants showing that they have been signed. This matter has been closed.

| Inmate Name: JONES, DAVID | | | | Current Balance: $0.00 | | Booking # 4306915 | | Permanent # 1504387 | |
|---|---|---|---|---|---|---|---|---|---|
| **Receipt #** | **Transaction Date/Time** | **Transaction Type** | **Transaction #** | **Withdrawals** | **Deposits** | **Cost Recovery Collected** | **To Cost Recovery** | | **Balance** |
| 209164 | 09/29/16 11:07 | CR - Undergarments | 375035 | $9.22 | | | $9.22 | CR - Undergarments | $0.00 |
| 210781 | 10/06/16 09:37 | CR - Welfare Pack | 378265 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 215689 | 10/27/16 08:53 | CR - Welfare Pack | 387505 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 215955 | 10/28/16 07:30 | CR - Library Copies/Paper | 387990 | $0.14 | | | $0.14 | CR - Library Copies/Paper | $0.00 |
| 215973 | 10/28/16 07:30 | CR - Library Copies/Paper | 387999 | $0.14 | | | $0.14 | CR - Library Copies/Paper | $0.00 |
| 216051 | 10/28/16 07:30 | CR - Library Copies/Paper | 388039 | $0.35 | | | $0.35 | CR - Library Copies/Paper | $0.00 |
| 216098 | 10/28/16 07:30 | CR - Library Copies/Paper | 388065 | $1.75 | | | $1.75 | CR - Library Copies/Paper | $0.00 |
| 216119 | 10/28/16 07:30 | CR - Library Copies/Paper | 388078 | $1.75 | | | $1.75 | CR - Library Copies/Paper | $0.00 |
| 216264 | 10/28/16 11:55 | CR - Undergarments | 388250 | $8.23 | | | $8.23 | CR - Undergarments | $0.00 |
| 217762 | 11/03/16 15:47 | CR - Welfare Pack | 391312 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 219395 | 11/10/16 14:59 | CR - Welfare Pack | 394540 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 220890 | 11/17/16 13:54 | CR - Welfare Pack | 397487 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 222227 | 11/23/16 09:08 | CR - Welfare Pack | 400350 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 227682 | 12/15/16 09:35 | CR - Welfare Pack | 409499 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 230420 | 12/29/16 07:17 | CR - Welfare Pack | 413912 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 231890 | 01/05/17 06:18 | CR - Welfare Pack | 416350 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 233684 | 01/12/17 08:49 | CR - Welfare Pack | 418919 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 234980 | 01/18/17 13:38 | CR - Welfare Pack | 420987 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 235617 | 01/20/17 08:28 | CR - Library Copies/Paper | 421766 | $0.77 | | | $0.77 | CR - Library Copies/Paper | $0.00 |
| 236882 | 01/25/17 11:25 | CR - Library Copies/Paper | 423542 | $0.77 | | | $0.77 | CR - Library Copies/Paper | $0.00 |
| 237230 | 01/26/17 05:58 | CR - Welfare Pack | 424176 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 238687 | 02/02/17 05:29 | CR - Welfare Pack | 426537 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 239505 | 02/06/17 16:19 | CR - Property Damages | 427805 | $3.00 | | | $3.00 | CR - Property Damages | $0.00 |
| 240608 | 02/10/17 08:21 | CR - Welfare Pack | 429456 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |
| 243542 | 02/23/17 11:35 | CR - Welfare Pack | 434029 | $4.00 | | | $4.00 | CR - Welfare Pack | $0.00 |

**Accounting Transactions And Balances**                                                                                           **Page 5 of 6**

**Inmate Name: JONES, DAVID**          **Current Balance: $0.00**          **Booking # 4306915**          **Permanent # 1504387**

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 245154 | 03/02/17 07:40 | CR - Welfare Pack | 436641 | $4.00 | | | $4.00 CR - Welfare Pack | $0.00 |
| 246742 | 03/08/17 08:26 | CR - Welfare Pack | 439092 | $4.00 | | | $4.00 CR - Welfare Pack | $0.00 |
| 247144 | 03/09/17 11:43 | CR - Undergarments | 439619 | $9.22 | | | $9.22 CR - Undergarments | $0.00 |
| 147270 | 03/10/17 16:16 | Reversed Transaction For Receipt # 239505 | 440006 | | $3.00 | $3.00 CR - Property Damages | | $0.00 |

| Account Type | Current Balance |
|---|---|
| MAIN Inmate Fund | $0.00 |
| **Totals:** | **$0.00** |

| Assigned Cost Recovery | Balance Due |
|---|---|
| CR - User Initial Fee | $35.00 |
| CR - Medical, Nurse, RX | $137.00 |
| CR - User Daily Fee | $2,105.00 |
| CR - Welfare Pack | $404.00 |
| CR - Undergarments | $85.58 |
| CR - Library Copies/Paper | $14.77 |
| CR- Cost Recovery Balance from Sysc | $176.44 |
| **Totals:** | **$2,957.79** |

**Available Balance: $0.00**

Page 1

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 0408 | W | 2015 | 002645 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                    NJ 08101-5120
(856) 757-7000 COUNTY OF: CAMDEN

| # of CHARGES 3 | CO-DEFTS | POLICE CASE # |
|---|---|---|

COMPLAINANT THOMAS COLLINS
NAME:      800 FEDERAL STREET
           ATTN: WARRANTS
           CAMDEN          NJ 08101

*THE STATE OF NEW JERSEY*
*VS.*
DAVID T JONES

ADDRESS:
    371 CHELTON AVE

    CAMDEN                    NJ 08104

DEFENDANT INFORMATION
SEX:        EYE COLOR:              DOB:
DRIVER'S LIC. #.                              DL STATE:
SOCIAL SECURITY #            SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY              , CAMDEN      County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY OR KNOWINGLY CAUSE BODILY INJURY TO MYCHAEL BRANCH BY USE OF A DEALY WEAPON, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES WITH A SILVER BLADED KNIFE ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:12-1B(2) A CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY A SILVER BLADED KNIFE, UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL USE, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES ABOUT THE TORSO AND LEGS WITH A KNIFE DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-5D A CRIME OF THE FOURTH DEGREE

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A SILVER BLADED KNIFE WITH THE PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER,

in violation of:

| Original Charge | 1) 2C:12-1B(2) | 2) 2C:39-5D | 3) 2C:39-4D |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS COLLINS (TC) _____      Date: 04-17-2015

DATE OF FIRST APPEARANCE 04-28-2015    TIME    9:00am    DATE OF ARREST

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐  Probable cause **IS NOT** found for the issuance of this complaint.

_____          _____          _____          _____
Signature of Court Administrator or Deputy Court Administrator    Date        Signature of Judge                              Date

☐  Probable cause **IS** found for the issuance of this complaint. _____
                                                        Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by: _____
                                              (if different from judicial officer that issued warrant)

| ☐ Domestic Violence -- Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐  No phone, mail or other personal contact w/victim
☐  No possession firearms/weapons
☐  Other (specify):

**ORIGINAL**

Page 1 of 7          NJ/CDR2 8/1/2005

Warrant Never Scaned

*Page 2*

# COMPLAINT - WARRANT

<table>
<tr><td colspan="4" align="center">COMPLAINT NUMBER</td><td colspan="2" align="center">THE STATE OF NEW JERSEY</td></tr>
<tr><td>0408</td><td>W</td><td>2015</td><td>002645</td><td colspan="2" align="center"><em>VS.</em></td></tr>
<tr><td>COURT CODE</td><td>PREFIX</td><td>YEAR</td><td>SEQUENCE NO.</td><td colspan="2" align="center">DAVID T JONES</td></tr>
</table>

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN            NJ  08101-5120
(856)757-7000 COUNTY OF: CAMDEN

ADDRESS:
    371 CHELTON AVE

    CAMDEN            NJ 08104

| # of CHARGES 3 | CO-DEFTS | POLICE CASE # |
|---|---|---|

DEFENDANT INFORMATION
SEX:        EYE COLOR:              DOB
DRIVER'S LIC. #.                                    DL STATE:
SOCIAL SECURITY # - - -        34    SBI #: 134453C
TELEPHONE #:

COMPLAINANT THOMAS COLLINS
NAME:      800 FEDERAL STREET
              ATTN: WARRANTS
              CAMDEN              NJ 08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant on or about 04-16-2015 in CAMDEN CITY              , CAMDEN      County,NJ did:
SPECIFICALLY BY STABBING MYCHAEL BRANCH WITH A KNIFE NUMEROUS TIMES ABOUT THE
TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-4D A CRIME OF THE
THIRD DEGREE.

DATE AND TIME:  APRIL 16, 2015    1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

in violation of:

| Original Charge | 1) | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false,
I am subject to punishment.

Signed: _____ THOMAS COLLINS  *TC*  _____            Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015      TIME      9:00am      DATE OF ARREST

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

_____    _____        _____    _____
Signature of Court Administrator or Deputy Court Administrator    Date        Signature of Judge      Date

☐ Probable cause **IS** found for the issuance of this complaint. _____
                                                              Signature and Title of Judicial Officer Issuing Warrant      Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE
NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by: _____
                                              (if different from judicial officer that issued warrant)

| ☐ Domestic Violence -- Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|
| Special conditions of release:<br>☐ No phone, mail or other personal contact w/victim<br>☐ No possession firearms/weapons<br>☐ Other (specify): | | **ORIGINAL** |

*complaint's warrant Never Signed*

Page 3

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0408** | **W** | **2015** | **002647** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*

*VS.*

DAVID T JONES

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN          NJ  08101-5120
(856)757-7000 COUNTY OF: CAMDEN

ADDRESS:
371 CHELTON AVE

CAMDEN                          NJ  08104

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 1 | | |

DEFENDANT INFORMATION
SEX:       /E COLOR        DOB:
DRIVER'S LIC. #                                    DL STATE:
SOCIAL SECURITY #          SBI #: 134453C
TELEPHONE #:

COMPLAINANT NAME: THOMAS  COLLINS
800 FEDERAL STREET
ATTN: WARRANTS
CAMDEN          NJ  08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                              , CAMDEN    County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, HAVING BEEN CONVICTED OF A CRIME ON
3/9/2015 REFERENCE INDICTMENT #CAM1405013561, FOR KNOWINGLY POSSESSING A WEAPON,
SPECIFICALLY BY HAVING IN HIS POSSESSION A SILVER BLADED KNIFE, IN VIOLATION OF
N.J.S. 2C:39-7A A CRIME OF THE FOURTH DEGREE.


DATE AND TIME:  APRIL 16, 2015   1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS




in violation of:

| Original Charge | 1) 2C:39-7A | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS  COLLINS *(TC)*                              Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015      TIME      9:00am      DATE OF ARREST

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

❑ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator          Date                    Signature of Judge                              Date

❑ Probable cause IS found for the issuance of this complaint. _____
Signature  and Title of Judicial Officer Issuing Warrant          Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by: _____
(if differ nt from judicial officer that issued warrant)

| ❑ Domestic Violence – Confidential | ❑ Related Traffic Tickets or Other Complaints | ❑ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
❑ No phone, mail or other personal contact w/victim
❑ No possession firearms/weapons
❑ Other (specify):

**ORIGINAL**

Page 1 of 7                              NJ/CDR2 8/1/2005

warrant never signed

Page 1

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0408 | W | 2015 | 002645 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*

*VS.*

DAVID T JONES

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                    NJ  08101-5120
(856)757-7000 COUN Y OF: CAMDEN

ADDRESS: 371 CHELTON AVE

CAMDEN                    NJ  08104

| # of CHARGES 3 | CO-DEFTS | POLICE CASE |
|---|---|---|

COMPLAINANT THOMAS COLLINS
NAME:        800 FEDERAL STREET
             ATTN: WARRANTS
             CAMDEN          NJ  08101

DEFENDANT INFORMATION
SEX          EYE COLOR.              DOB:
DRIVER'S LIC. #.                              DL STATE:
SOCIAL SECURITY #      SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    , CAMDEN   County, NJ did: WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY OR KNOWINGLY CAUSE BODILY INJURY TO MYCHAEL BRANCH BY USE OF A DEALY WEAPON, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES WITH A SILVER BLADED KNIFE ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:12-1B(2) A CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY A SILVER BLADED KNIFE, UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL USE, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES ABOUT THE TORSO AND LEGS WITH A KNIFE DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-5D A CRIME OF THE FOURTH DEGREE

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A SILVER BLADED KNIFE WITH THE PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER,

in violation of:

| Original Charge | 1) 2C:12-1B(2) | 2) 2C:39-5D | 3) 2C:39-4D |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS COLLINS *tc* _____ 2015

DATE OF FIRST APPEARANCE 04-28-2015      TIME      9

### PROBABLE CAUSE DETERMINATI

❑ Probable cause **IS NOT** found for the issuance of this complaint.

_____ Signature of Court Administrator or Deputy Court Administrator      Date _____      Date

❑ Probable cause **IS** found for the issuance of this complaint. _____

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO _____ THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE _____

Bail Amount Set: _____ / _____ by: _____

❑ Domestic Violence – Confidential      ❑ Related T _____ or Other C _____      eath

Special conditions of release:
❑ No phone, mail or other personal contact w/victim
❑ No possession firearms/weapons
❑ Other (specify):

Page 1 of 7                    NJ/CDR2 8/1/2005

*Page 2*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **0408** | **W** | **2015** | **002645** | *VS.* |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | DAVID T JONES |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                    NJ   08101-5120
(856) 757-7000 COUNTY OF: CAMDEN

ADDRESS:
371 CHELTON AVE

CAMDEN                    NJ  08104

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 3 | | |

DEFENDANT INFORMATION
SEX:       EYE COLOR:           DOB:
DRIVER'S LIC. #.                          DL STATE:
SOCIAL SECURITY #.        SBI#: 134453C
TELEPHONE #:

COMPLAINANT
NAME: THOMAS COLLINS
800 FEDERAL STREET
ATTN: WARRANTS
CAMDEN         NJ  08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                                    , CAMDEN    County, NJ did:
SPECIFICALLY BY STABBING MYCHAEL BRANCH WITH A KNIFE NUMEROUS TIMES ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-4D A CRIME OF THE THIRD DEGREE.

DATE AND TIME: APRIL 16, 2015   1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

**in violation of:**

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS COLLINS (TC) _____ Date: 04-17-2015

| DATE OF FIRST APPEARANCE 04-28-2015 | TIME   9:00am | DATE OF ARREST |
|---|---|---|

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

❏ Probable cause IS NOT found for the issuance of this complaint.

_____         _____         _____      _____
Signature of Court Administrator or Deputy Court Administrator    Date        Signature of Judge            Date

❏ Probable cause IS found for the issuance of this complaint.

_____      _____
Signature and Title of Judicial Officer Issuing Warrant     Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by: _____
                                                (if different from judicial officer that issued warrant)

| ❏ Domestic Violence – Confidential | ❏ Related Traffic Tickets or Other Complaints | ❏ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
❏  No phone, mail or other personal contact w/victim
❏  No possession firearms/weapons
❏  Other (specify):

## ORIGINAL

Page 1 of 7                          NJ/CDR2 8/1/2005

CCPO/150003022/0000000013

*Was in my discovery*

*Page 5*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0408** | **W** | **2015** | **002647** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

## THE STATE OF NEW JERSEY
### VS.
DAVID T JONES

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN          NJ  08101-5120
(856)757-7000 COUNTY OF: CAMDEN

ADDRESS:
371 CHELTON AVE

CAMDEN          NJ 08104

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | |

DEFENDANT INFORMATION
SEX:        EYE COLOR:            DOB:
DRIVER'S LIC. #.                           DL STATE:
SOCIAL SECURITY #        SBI #: 134453C
TELEPHONE #:

COMPLAINANT NAME: THOMAS COLLINS
800 FEDERAL STREET
ATTN: WARRANTS
CAMDEN          NJ  08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    ,  CAMDEN     County,NJ did:
WITHIN THE JURISDICTION OF THIS COURT, HAVING BEEN CONVICTED OF A CRIME ON
3/9/2015 REFERENCE INDICTMENT #CAM140501356I, FOR KNOWINGLY POSSESSING A WEAPON,
SPECIFICALLY BY HAVING IN HIS POSSESSION A SILVER BLADED KNIFE, IN VIOLATION OF
N.J.S. 2C:39-7A A CRIME OF THE FOURTH DEGREE.


DATE AND TIME:  APRIL 16, 2015    1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS




in violation of:

| Original Charge | 1) 2C:39-7A | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

## CERTIFICATION:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS  COLLINS _(TC)_ _____ Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015    TIME    9:00am    DATE OF ARREST

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

❏ Probable cause **IS NOT** found for the issuance of this complaint.

_____    _____
Signature of Court Administrator or Deputy Court Administrator    Date              Signature of Judge                         Date

❏ Probable cause **IS** found for the issuance of this complaint. _____
                                                        Signature and Title of Judicial Officer Issuing Warrant        Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / ____ by:_____
                                                        (if different from judicial officer that issued warrant)

| ❏ **Domestic Violence – Confidential** | ❏ **Related Traffic Tickets or Other Complaints** | ❏ **Serious Personal Injury/ Death Involved** |
|---|---|---|

Special conditions of release:
❏ No phone, mail or other personal contact w/victim
❏ No possession firearms/weapons
❏ Other (specify):

## ORIGINAL

Page 1 of 7                    NJ/CDR2 8/1/2005

*Was in my discovery*

# Camden County Police Department

## Probable Cause Statement, Determination & Warrant Justification
## For Warrant No. 0408-W-2015-002645/002647

**Police Case Number**:

**Defendant:  David Troy Jones DOB**

**Charges:** Aggravated Assault, 2C:12-1B(2), A Crime of the 2nd Degree
Possession of a Weapon for an Unlawful Purpose, 2C:39-4D, A Crime of the 3rd Degree
Unlawful Possession of a Weapon, 2C:39-5D, A Crime of the 4th Degree
Certain Persons not to have Weapons, 2C:39-7A, A Crime of the 4th Degree

**Date & Time:**  04/16/2015   1621 Hours

**Location:**  47 Branch Village Drive, Camden, NJ 08104

**Probable Cause, Statement:**

On Thursday April 16, 2015 at 1620 hours, Officers Smith and Henderson were dispatched to 47 Branch Village for a report of a fight with one actor having a knife. Upon arrival, Officer Henderson observed 10 to 15 individuals in the area of 24 Branch Village and a shirt less black male laying on the sidewalk yelling. When Officer Henderson exited his vehicle, a black female/witness, Takia Parker stated her friend, Mychael Branch, had been stabbed and needed help. She said a bald black male with a beard wearing a Dallas Cowboy football Jersey with the number eighty-eight (88) stabbed Branch and fled on foot towards South 10th
Street and Carl Miller Blvd with the knife he used to stab Branch. Officer Henderson advised CCPD communications of the above and requested EMS for Branch.

Today, April 17, 2015, Detectives Jenkins, Crawford and I interviewed and obtained a taped statement from the victim, Mychael Branch, in Cooper Medical Center Intensive Care Unit.  Branch confirmed the accounts of the assault and positively identified the suspect, David Troy Jones !

I spoke with Branch's nurse, Pricella Hagerty RN.  Hagerty stated Branch received the following injuries from the assault: Fractured Right Scapula (a result from being stabbed), Lacerations to the Left lower extremity, Left interior thigh, Right lower extremity, Right posterior thigh and at least 1 laceration to the abdomen.  Branch underwent emergency surgery last night.  All of his injuries are not life threatening and no internal organs were damaged from the assault.

I generated and signed Warrants 0408-W-2015-00265 & 0408-W-2015-002647 and charged Jones with Aggravated Assault with Weapon, Possession of Weapon, Possession of Weapon for Unlawful Purpose & Persons not to Have Weapons; 2C:12-1B(2), 2C:39-5D, 2C:39-4D & 2C:39-7A respectively.

**Probable Cause, Determination:**  Probable cause is found for the issuance of this Warrant-Complaint.

**Warrant Justification:**  The defendant is a danger to himself and/or the community and there is a reason to believe that the defendant will not appear in response to a Summons-Complaint.

*Officer admittin he found probable Cause and not a Judicial officer.*

CCPO/150030220/0000004

CCPO/15003022/000000



**SUPPLEMENTAL OFFENSE REPORT**
**CAMDEN COUNTY POLICE DEPARTMENT**
**800 FEDERAL STREET, CAMDEN NJ**
**(856) 757-7400**

| | |
|---|---|
| **Incident:** | **Case #:  1504164017** |
| | **Aggravated Assault w/Weapon** |
| **Complainant:** | **Mychael Branch** |
| **Address:** | **630 Ware Street, Camden, NJ** |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

| | |
|---|---|
| **Incident Date & Time:** | **April 16, 2015    1620 Hours** |
| **Incident Location:** | **47 Branch Village Drive, Camden, NJ 08104** |
| **Defendant:** | **David Troy Jones** |
| **Address:** | **731 Chelton Avenue, Camden, NJ 08104** |
| **Charges:** | **Aggravated Assault with Weapon, Possession of Weapon,** |
| | **Possession of Weapon for Unlawful Purpose,** |
| | **Persons not to Have Weapons** |

**Detail of Offense:**

On Thursday April 16, 2015 at 1620 hours, Officers Smith and Henderson were dispatched to 47 Branch Village for a report of a fight with one actor having a knife. Upon arrival, Officer Henderson observed 10 to 15 individuals in the area of 24 Branch Village and a shirt less black male laying on the sidewalk yelling. When Officer Henderson exited his vehicle, a black female/witness, Takia Parker stated her friend, Mychael Branch, had been stabbed and needed help. She said a bald black male with a beard wearing a Dallas Cowboy football Jersey with the number eighty-eight (88) stabbed Branch and fled on foot towards South 10th
Street and Carl Miller Blvd with the knife he used to stab Branch. Officer Henderson advised CCPD communications of the above and requested EMS for Branch.

BLS 23, Med 43, and US 22 arrived on scene and began medical treatment. Branch was treated by EMS staff on scene and transported by BLS 23 to Cooper Medical Center. Officer Smith secured Parker and transported her to the Detective Bureau to be interviewed.

While at Cooper Medical Center, Branch stated he approached a bald, dark skinned, black male, approximately 35 to 45 years of age, wearing blue jeans and an Philadelphia Eagles football jersey with the number 81. Branch thinks his first name is Troy. Branch stated he approached Troy to confront him about stealing Parker's cell phone earlier in the day. Branch said he and Troy became engaged in a verbal argument about the cell phone. The argument turned physical with Branch punching Troy in the face knocking him to the ground.  Troy got up and ran from the scene.  A few minutes later, Branch said he heard people in the area yelling that Troy was back and had a knife.  Branch said Troy ran towards

1

**This offense is cleared:**

| | |
|---|---|
| Unfounded | ( ) |
| Cleared By Arrest | (X) |
| Exceptionally Cleared | ( ) |
| Inactive (Not Cleared) | ( ) |
| Early Case Closure | ( ) |
| Preliminary Investigation / Secondary Investigation | ( ) |

Signed: _____  Date: 4-23-15
Detective Thomas R. Collins #275

Signed: _____  Date: 4-23-2015
Supervisor                    #170

D-1 Supp V1.0 5-14

CCPO/15003022/000000



**SUPPLEMENTAL OFFENSE REPORT**
CAMDEN COUNTY POLICE DEPARTMENT
800 FEDERAL STREET, CAMDEN NJ
(856) 757-7400

| | |
|---|---|
| **Incident:** | **Case #:   1504164017** |
| | **Aggravated Assault w/Weapon** |
| **Complainant:** | **Mychael Branch** |
| **Address:** | **630 Ware Street, Camden, NJ** |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

him with a 5 to 6 inch long silver kitchen knife and stabbed him several times. Someone pulled Troy off of Branch and Troy left the area on foot towards South 10th Street and Carl Miller Blvd.

CSI Boulger #755 was notified, responded and took photographs of the scene and Branch.  RTTOIC was notified of the above.


**Investigation:**
Detective Crawford and I interviewed Parker in the CCPD Detective Bureau.  Parker confirmed the story stating she has known Troy for approximately 13 years but could not recall his last name.  She did know where Troy lives.  We transported Parker by Troy's residence at 731 Chelton Street.  Parker positively identified Troy's house.  We talked to Troy's mother, Jeanne Jones at 731 Chelton Street.  Jeanne was already aware of the situation and was visibly upset.  Jeanne stated her son's name is Troy Jones with a DOB of                   Jeanne stated Troy had not been home nor did she know where he may have gone.  Jeanne stated Troy has a long history of emotional issues and takes prescribed medication for them.  Jeanne also admitted Troy has problems with alcohol and drug use, specifically smoking Wet.

Detective Crawford and I went to Cooper Medical Center and talked to the trauma center team.  They confirmed Branch had come through the trauma center with multiple stab wounds and was currently in surgery.  They stated Branch's injuries are not life threatening and he would be in the Intensive Care Unit after surgery and wound not be able to be interviewed until he was stable sometime tomorrow, Friday April 17, 2015.

On April 17, 2015, Detectives Jenkins, Crawford and I interviewed and obtained a taped statement from the victim, Mychael Branch, in Cooper Medical Center Intensive Care Unit.  Branch confirmed the accounts of the assault and positively identified the suspect, David Troy Jones

I spoke with Branch's nurse, Pricella Hagerty RN.  Hagerty stated Branch received the following injuries from the assault: Fractured Right Scapula (a result from being stabbed), Lacerations to the Left lower extremity, Left interior thigh, Right lower extremity, Right posterior thigh and at least 1 laceration to the abdomen.  Branch underwent emergency surgery last night.  All of his injuries are not life threatening and no internal organs were damaged from the assault.

2

**This offense is cleared:**

| | | | |
|---|---|---|---|
| Unfounded | ( ) | | |
| Cleared By Arrest | (X) | Signed: | Date: 4-23-15 |
| Exceptionally Cleared | ( ) | | Detective Thomas R. Collins #275 |
| Inactive (Not Cleared) | ( ) | | #170 |
| Early Case Closure | ( ) | Signed: | Date: 4-23-2015 |
| Preliminary Investigation / Secondary Investigation | ( ) | | Supervisor |

Det Supp V1 c 5 14

CCPO/15003022/000000

3



**SUPPLEMENTAL OFFENSE REPORT**
CAMDEN COUNTY POLICE DEPARTMENT
800 FEDERAL STREET, CAMDEN NJ
(856) 757-7400

| | |
|---|---|
| **Case #:** | **1504164017** |
| **Incident:** | **Aggravated Assault w/Weapon** |
| **Complainant:** | **Mychael Branch** |
| **Address:** | **630 Ware Street, Camden, NJ** |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

I generated and signed Warrants 0408-W-2015-00265 & 0408-W-2015-002647 and charged Jones with Aggravated Assault with Weapon, Possession of Weapon, Possession of Weapon for Unlawful Purpose & Persons not to Have Weapons; 2C:12-1B(2), 2C:39-5D, 2C:39-4D & 2C:39-7A respectively.

I forwarded the warrant packet to Central Complaint, made a copy of same for Detective Razzi and sent the Wanted Flyer for Jones to the CCPD distribution email list.

On April 21st, 2015, Detective Martinez #231 and Detective Razzi #243, in working partnership with the U.S. Marshals Task Force (Camden Division), placed fugitive David Jones under arrest at the residence of 18 Leonard Street, Camden, NJ 08105. Jones was transported to CCPD Central Complaint for processing and remanded to Camden County Jail.

Based on the facts and circumstances of this case I recommend that this case be marked Cleared by Arrest.

*Detective Admitting he generated and sign warrant And issue sent A Wanted Flyer to CCPD to Come get me*

**This offense is cleared:**

| | | | | | |
|---|---|---|---|---|---|
| Unfounded | ( ) | | | | |
| Cleared By Arrest | (X) | Signed: | _____ | Date: | 4-23-15 |
| Exceptionally Cleared | ( ) | | Detective Thomas R. Collins #275 | | |
| Inactive (Not Cleared) | ( ) | Signed: | _____ #176 | Date: | 4-23-15 |
| Early Case Closure | ( ) | | Supervisor | | |
| Preliminary Investigation / Secondary Investigation | ( ) | | | | |

Det Supp V1 6 5 14

*[handwritten:] "...hini" she stated she went to prosecutor office to get a warrant*

*[handwritten:] ONE*

## COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0408 | W | 2015 | 002645 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*
*VS.*

DAVID T JONES

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN            NJ  08101-5120
(856) 757-7000 COUNTY OF:  CAMDEN

ADDRESS:
371 CHELTON AVE

CAMDEN                    NJ  08104

| # of CHARGES 3 | CO-DEFTS | POLICE CASE #: |
|---|---|---|

COMPLAINANT THOMAS COLLINS
NAME:     800 FEDERAL STREET
          ATTN: WARRANTS
          CAMDEN          NJ  08101

DEFENDANT INFORMATION
SEX: .     EYE COLOR:              DOB.
DRIVER'S LIC. #.                          DL STATE:
SOCIAL SECURITY #          :     SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    , CAMDEN    County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY OR KNOWINGLY CAUSE BODILY INJURY TO MYCHAEL BRANCH BY USE OF A DEALY WEAPON, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES WITH A SILVER BLADED KNIFE ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:12-1B(2) A CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY A SILVER BLADED KNIFE, UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL USE, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES ABOUT THE TORSO AND LEGS WITH A KNIFE DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-5D A CRIME OF THE FOURTH DEGREE

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A SILVER BLADED KNIFE WITH THE PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER,

In violation of:

| Original Charge | 1) 2C:12-1B(2) | 2) 2C:39-5D | 3) 2C:39-4D |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS   COLLINS  *(TC)*  ___ Date: 04-17-2015

| DATE OF FIRST APPEARANCE  04-28-2015 | TIME  9:00am | DATE OF ARREST |
|---|---|---|

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

_____      _____      _____      _____
Signature of Court Administrator or Deputy Court Administrator      Date      Signature of Judge      Date

☑ Probable cause IS found for the issuance of this complaint. _____  DCA  4/28/15
Signature and Title of Judicial Officer Issuing Warrant      Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / ___ by: _____
(if different from judicial officer that issued warrant)

| ☐ Domestic Violence -- Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 7            NJ/CDR2 8/1/2005

*[handwritten at bottom:] This the one they got signed after I complained about not having one signed.*

CCPO/15003022/00000032

*spek to the complainant, she stated she went to Prosecutor office to get a warrant.*

*Two*

## COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| **0408** | **W** | **2015** | **002645** | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                    NJ  08101-5120
(856)757-7000 COUNTY OF:  CAMDEN

**THE STATE OF NEW JERSEY**
*VS.*
DAVID T JONES

ADDRESS:
371 CHELTON AVE

CAMDEN                    NJ 08104

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | |

**DEFENDANT INFORMATION**
SEX:        COLOR:        DOB
DRIVER'S LIC. #:                      DL STATE:
SOCIAL SECURITY #:        SBI #: 134453C
TELEPHONE #:

COMPLAINANT THOMAS  COLLINS
NAME:        800 FEDERAL STREET
             ATTN: WARRANTS
             CAMDEN          NJ  08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant on or about 04-16-2015 in CAMDEN CITY                      ,     CAMDEN     County, NJ did:
SPECIFICALLY BY STABBING MYCHAEL BRANCH WITH A KNIFE NUMEROUS TIMES ABOUT THE
TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-4D A CRIME OF THE
THIRD DEGREE.

DATE AND TIME:  APRIL 16, 2015   1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

In violation of:

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false,
I am subject to punishment.

Signed: _____ THOMAS   COLLINS  *TC*        Date: 04-17-2015

| DATE OF FIRST APPEARANCE 04-28-2015 | TIME    9:00am | DATE OF ARREST |
|---|---|---|

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

| Signature of Court Administrator or Deputy Court Administrator | Date | Signature of Judge | Date |
|---|---|---|---|

☑ Probable cause IS found for the issuance of this complaint. _____ DCA  4/20/15

Signature and Title of Judicial Officer Issuing Warrant        Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE
NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by: _____
(if different from judicial officer that issued warrant)

| ☐ Domestic Violence -- Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐  No phone, mail or other personal contact w/victim
☐  No possession firearms/weapons
☐  Other (specify):

**ORIGINAL**

Page 1 of 7        NJ/CDR2 8/1/2005

*This the one they got signed after I complained about not having one signed*

CCPO/1500030221/0000033

*Sharon + ?Epstein*
*Three Franceschini she stated she went to prosecutor office to get this warrant*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0408** | **W** | **2015** | **002647** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

## THE STATE OF NEW JERSEY
### VS.
### DAVID T JONES

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                           NJ  08101-5120
(856)757-7000 COUNTY OF: CAMDEN

ADDRESS:
371 CHELTON AVE

CAMDEN                    NJ 08104

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 1 | | |

DEFENDANT INFORMATION
SE         YE COLOR                    DOB:
DRIVER'S LIC. #.                              DL STATE:
SOCIAL SECURITY #           SBI #: 134453C
TELEPHONE #:

COMPLAINANT NAME: THOMAS COLLINS
800 FEDERAL STREET
ATTN: WARRANTS
CAMDEN              NJ  08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    CAMDEN    County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, HAVING BEEN CONVICTED OF A CRIME ON
3/9/2015 REFERENCE INDICTMENT #CAM140501356I, FOR KNOWINGLY POSSESSING A WEAPON,
SPECIFICALLY BY HAVING IN HIS POSSESSION A SILVER BLADED KNIFE, IN VIOLATION OF
N.J.S. 2C:39-7A A CRIME OF THE FOURTH DEGREE.

DATE AND TIME:  APRIL 16, 2015    1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

In violation of:

| Original Charge | 1) 2C:39-7A | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS COLLINS (TC)_____ Date: 04-17-2015

DATE OF FIRST APPEARANCE 04-28-2015    TIME    9:00am    DATE OF ARREST

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator        Date        Signature of Judge        Date

☑ Probable cause IS found for the issuance of this complaint.    _____ DCA    4/20/15
Signature and Title of Judicial Officer Issuing Warrant        Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by: _____
(if different from judicial officer that issued warrant)

| ☐ Domestic Violence – Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 7
NJ/CDR2 8/1/2005

*This the one they got signed after I complained about not having one signed.*

CCPO/15003022/00000036

*I Second one I got from County Jail*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0408** | **W** | **2015** | **002645** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

## THE STATE OF NEW JERSEY
### *VS.*

| | |
|---|---|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |
| CAMDEN CITY MUNICIPAL COURT<br>520 MARKET ST<br>CAMDEN                    NJ  08101-5120<br>(856)757-7000   COUNTY OF: **CAMDEN** | DAVID T JONES<br>ADDRESS:<br>    371 CHELTON AVE<br><br>    CAMDEN              NJ 08104 |

| # of CHARGES **3** | CO-DEFTS | POLICE CASE # | DEFENDANT INFORMATION<br>SEX: ... COLOR: ...          DOB:<br>DRIVER'S LIC. #:                         DL STATE:<br>SOCIAL SECURITY #           SBI #: 134453C<br>TELEPHONE #: |
|---|---|---|---|
| COMPLAINANT<br>NAME:   THOMAS  COLLINS | | | |

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    , CAMDEN    County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY OR KNOWINGLY CAUSE BODILY INJURY TO MYCHAEL BRANCH BY USE OF A DEALY WEAPON, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES WITH A SILVER BLADED KNIFE ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:12-1B(2) A CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY A SILVER BLADED KNIFE, UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL USE, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES ABOUT THE TORSO AND LEGS WITH A KNIFE DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-5D A CRIME OF THE FOURTH DEGREE

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A SILVER BLADED KNIFE WITH THE PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER,
in violation of:

| Original Charge | 1) 2C:12-1B(2) | 2) 2C:39-5D | 3) 2C:39-4D |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS  COLLINS  _TC_ _____          Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015     TIME     9:00am     DATE OF ARREST

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

❑ Probable cause **IS NOT** found for the issuance of this complaint.

_____         _____         _____         _____
Signature of Court Administrator or Deputy Court Administrator     Date     Signature of Judge     Date

❑ Probable cause **IS** found for the issuance of this complaint. _____
                                    Signature and Title of Judicial Officer Issuing Warrant     Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: $ 40,000  CB  by: _Judge Baltimore_
                                    (if different from judicial officer that issued warrant)

| ❑ Domestic Violence – Confidential | ❑ Related Traffic Tickets<br>or Other Complaints | ❑ Serious Personal Injury/ Death<br>Involved |
|---|---|---|
| Special conditions of release:<br>❑ No phone, mail or other personal contact w/victim<br>❑ No possession firearms/weapons<br>❑ Other (specify): | **DEFENDANT'S COPY** | |

| | |
|---|---|
| | Page 4 of 7        NJ/CDR2 8/1/2005 |

*2 Second one I got from County Jail*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **0408** | **W** | **2015** | **002645** | *VS.* |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | DAVID T JONES |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN            NJ  08101-5120
(856)757-7000  COUNTY OF: CAMDEN

ADDRESS
371 CHELTON AVE

CAMDEN                    NJ  08104

| # of CHARGES 3 | CO-DEFTS | POLICE CASE # |
|---|---|---|

COMPLAINANT
NAME:    THOMAS  COLLINS

DEFENDANT INFORMATION
SEX          EYE COLOR:              DOB:
DRIVERS LIC. #.                               DL STATE:
SOCIAL SECURITY #                SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    ,  CAMDEN    County, NJ did:
SPECIFICALLY BY STABBING MYCHAEL BRANCH WITH A KNIFE NUMEROUS TIMES ABOUT THE
TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-4D A CRIME OF THE
THIRD DEGREE.

DATE AND TIME:   APRIL 16, 2015    1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

in violation of:

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS  COLLINS  (TC)  _____  Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015    TIME    9:00am    DATE OF ARREST

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

❑  Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator    Date    Signature of Judge    Date

❑  Probable cause IS found for the issuance of this complaint. _____
Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.
Bail Amount Set: $40,000  OB  by: _Judge Baltimore_
(if different from judicial officer that issued warrant)

| ❑  Domestic Violence – Confidential | ❑ Related Traffic Tickets or Other Complaints | ❑ Serious Personal Injury/ Death Involved |
|---|---|---|
| Special conditions of release: ❑  No phone, mail or other personal contact w/victim ❑  No possession firearms/weapons ❑  Other (specify): | | **DEFENDANT'S COPY** |

Page 4 of 7    NJ/CDR2 8/1/2005

*3 Stone one I got from County Jail*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0408** | **W** | **2015** | **002647** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*
*VS.*

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                NJ  08101-5120
(856)757-7000   COUNTY OF: **CAMDEN**

DAVID T JONES

ADDRESS:
371 CHELTON AVE

CAMDEN                    NJ  08104

| # of CHARGES 1 | CO-DEFTS | POLICE CASE #: |
|---|---|---|

COMPLAINANT
NAME:    THOMAS  COLLINS

DEFENDANT INFORMATION
SEX:  **M**  EYE COLOR:                    DOB:
DRIVER'S LIC. #:                               DL STATE:
SOCIAL SECURITY                 SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant on or about **04-16-2015** in **CAMDEN CITY**                        ,  **CAMDEN**  County, **NJ** did:
WITHIN THE JURISDICTION OF THIS COURT, HAVING BEEN CONVICTED OF A CRIME ON
3/9/2015 REFERENCE INDICTMENT #CAM140501356I, FOR KNOWINGLY POSSESSING A WEAPON,
SPECIFICALLY BY HAVING IN HIS POSSESSION A SILVER BLADED KNIFE, IN VIOLATION OF
N.J.S. 2C:39-7A A CRIME OF THE FOURTH DEGREE.


DATE AND TIME:  APRIL 16, 2015    1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS


in violation of:

| Original Charge | 1) 2C:39-7A | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false,
I am subject to punishment.

Signed: _____ THOMAS  COLLINS  (TC) _____ Date: 04-17-2015

DATE OF FIRST APPEARANCE **04-28-2015**    TIME    **9:00am**    DATE OF ARREST

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

_____ _____ _____ _____
Signature of Court Administrator or Deputy Court Administrator    Date      Signature of Judge      Date

☐ Probable cause **IS** found for the issuance of this complaint. _____
                                                     Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE
NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.
Bail Amount Set: $10,000  (B  by: _____ *Judge Baltimore* _____
                                               (if different from judicial officer that issued warrant)

| ☐ Domestic Violence – Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

# DEFENDANT'S COPY

Page 4 of 7                          NJ/CDR2 8/1/2005

*not signed. This one by Sgt. Munip*

*This is the One The County Jail has,*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0408** | **W** | **2015** | **002647** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

### THE STATE OF NEW JERSEY
### VS.

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN          NJ  08101-5120
(856)757-7000  COUNTY OF: **CAMDEN**

DAVID T JONES

ADDRESS
    371 CHELTON AVE

    CAMDEN          NJ  08104

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 1 | | |

DEFENDANT INFORMATION
SEX.   __ __ COLOR:  .   DOB
DRIVER'S LIC. #                    DL STATE:
SOCIAL SECURITY #    SBI #: 134453C
TELEPHONE #:

COMPLAINANT
NAME:   THOMAS   COLLINS

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about **04-16-2015** in **CAMDEN CITY**                  , **CAMDEN**, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, HAVING BEEN CONVICTED OF A CRIME ON 3/9/2015 REFERENCE INDICTMENT #CAM140S01356I, FOR KNOWINGLY POSSESSING A WEAPON, SPECIFICALLY BY HAVING IN HIS POSSESSION A SILVER BLADED KNIFE, IN VIOLATION OF N.J.S. 2C:39-7A A CRIME OF THE FOURTH DEGREE.

DATE AND TIME: APRIL 16, 2015   1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

in violation of:

| Original Charge | 1) 2C:39-7A | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____  THOMAS   COLLINS  _(TC)_   Date: 04-17-2015

| DATE OF FIRST APPEARANCE 04-28-2015 | TIME  9:00am | DATE OF ARREST |
|---|---|---|

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

❑ Probable cause **IS NOT** found for the issuance of this complaint.

_____          ____          _____          ____
Signature of Court Administrator or Deputy Court Administrator    Date       Signature of Judge          Date

❑ Probable cause **IS** found for the issuance of this complaint. _____
                                              Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _$10,000  OB_   by: _Judge Baltimore_
                                              (if different from judicial officer that issued warrant)

| ❑  Domestic Violence – Confidential | ❑  Related Traffic Tickets or Other Complaints | ❑  Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
❑  No phone, mail or other personal contact w/victim
❑  No possession firearms/weapons
❑  Other (specify):

### DEFENDANT'S COPY

Page 4 of 7                                    NJ/CDR2 8/1/2005

*This is the one the county jail has.*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0408** | **W** | **2015** | **002645** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*

*VS.*

DAVID T JONES

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN          NJ   08101-5120
(856)757-7000   COUNTY OF: **CAMDEN**

ADDRESS :
        371 CHELTON AVE

CAMDEN                NJ   08104

| # of CHARGES 3 | CO-DEFTS | POLICE CASE # |
|---|---|---|

DEFENDANT INFORMATION
SEX:      EYE COLOR: BROWN    DOB:
DRIVER'S LIC. #.                         DL STATE:
SOCIAL SECURITY #
TELEPHONE #:                    SBI #: 134453C

COMPLAINANT
NAME:    THOMAS  COLLINS

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    , CAMDEN  County, NJ did:
SPECIFICALLY BY STABBING MYCHAEL BRANCH WITH A KNIFE NUMEROUS TIMES ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-4D A CRIME OF THE THIRD DEGREE.

DATE AND TIME: APRIL 16, 2015   1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

in violation of:

| Original Charge | 1) | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS  COLLINS  (TC) _____          Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015      TIME      9:00am      DATE OF ARREST

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐  Probable cause **IS NOT** found for the issuance of this complaint.

_____          _____
Signature of Court Administrator or Deputy Court Administrator    Date        Signature of Judge                              Date

☐  Probable cause **IS** found for the issuance of this complaint. _____
                                                        Signature and Title of Judicial Officer Issuing Warrant      Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: $40,000  OB  by:  _____ Judge Baltimore _____
                                        (if different from judicial officer that issued warrant)

| ☐  Domestic Violence – Confidential | ☐  Related Traffic Tickets or Other Complaints | ☐  Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐  No phone, mail or other personal contact w/victim
☐  No possession firearms/weapons
☐  Other (specify):

**DEFENDANT'S COPY**

Page 4 of 7                              NJ/CDR2 8/1/2005

*This is the one the County Soul has - 3*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0408** | **W** | **2015** | **002645** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                NJ  08101-5120
(856)757-7000  COUNTY OF: CAMDEN

*THE STATE OF NEW JERSEY*

*VS.*

DAVID T JONES

ADDRESS:
   371 CHELTON AVE

CAMDEN                    NJ  08104

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 3 | | |

COMPLAINANT
NAME:    THOMAS  COLLINS

DEFENDANT INFORMATION
SEX              COLOR:           DOB:
DRIVER'S LIC #.                          STATE:
SOCIAL SECURITY #           1    SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant on or about 04-16-2015 in CAMDEN CITY                    ,    CAMDEN    County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY OR
KNOWINGLY CAUSE BODILY INJURY TO MYCHAEL BRANCH BY USE OF A DEALY WEAPON,
SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES WITH A SILVER BLADED KNIFE
ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:12-1B(2) A
CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY A
SILVER BLADED KNIFE, UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL
USE, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES ABOUT THE TORSO AND
LEGS WITH A KNIFE DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-5D A CRIME OF THE
FOURTH DEGREE

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A SILVER BLADED KNIFE
WITH THE PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER,
in violation of:

| Original Charge | 1) 2C:12-1B(2) | 2) 2C:39-5D | 3) 2C:39-4D |
|---|---|---|---|
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false,
I am subject to punishment.

Signed: _____  THOMAS  COLLINS  (TC)                    Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015    TIME    9:00am    DATE OF ARREST

| PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT |
|---|

❑ Probable cause IS NOT found for the issuance of this complaint.

_____    Date    _____    Date
Signature of Court Administrator or Deputy Court Administrator          Signature of Judge

❑ Probable cause IS found for the issuance of this complaint. _____
                                                    Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE
NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: $ 40,000  OB  by: _____ Judge Baltimore _____
                                                    (if different from judicial officer that issued warrant)

| ❑ Domestic Violence – Confidential | ❑ Related Traffic Tickets or Other Complaints | ❑ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
❑ No phone, mail or other personal contact w/victim
❑ No possession firearms/weapons
❑ Other (specify):

# DEFENDANT'S COPY

Page 4 of 7                    NJ/CDR2 8/1/2005

35 pages,
COPY of
slip
have
made

REQUEST SLIP – **LEGAL SERVICES**

CAMDEN COUNTY CORRECTIONAL FACILITY

TO: *Law Library*     DATE: *4-5-17*

INMATE'S NAME: *David T. Jones*

HOUSING AREA: *55C*   COMMITMENT # *306915*

--------------------------------------------------------------------------

**REQUEST**: (PLEASE PRINT & EXPLAIN FULLY) *May I please
have 8 copies of each page, And
Please do Not send it out I
Need Everything Back, And
the original.*    *Thank you.*

Date received: _____   Date answered: _____

How request was answered: _____ Signed: _____

Truth Affidavit                    3-26-17

To: Whom it May Concern

I David T. Jones 306415-5-N-C who
is housed in Camden County Correctional
Facility is writing to you because of
my unlawful arrest by Detective T. Collins #27:
Detective T. Collins #275 Issued a Complaint
warrant without Judiction determination
that lead to my unlawful arrest.

So may I please see someone from your
office to review the proof I have.

Thank you
David T. Jones
306415-5-N-C

CC: Honorable Judge Noel Hillman
Jean Ross, ESQ
Assemblywoman Bonnie Watson Coleman
Attorney Megan Davies
my file

I certify the foregoing is true and correct
under the penalty of Perjury /s/
Affirmed and respectfully submitted this
Notary Public