David T. Jones
Commitment 4306915
Camden County Correctional Facility
P.O. Box 90431

ORIGINAL FILED

JAN 14 2019

WILLIAM T. WALSH, CLERK

January 5, 2019

Honorable Judge: Jerome B. Simandle
United States District Court for the District of
New Jersey
Mitchell H. Cohen Building + US. Courthouse
Fourth + Cooper street.
Camden N.J. 08102

RE: David T. Jones Civil Action No 1:17-CV-02634JBSS
Amendmented port to law suit.

Dear Honorable Jerome B Simandle
    I'm writing to you to Inform you
that my mail came back to the County
Jail and I'm resending it to you.
    I pray that you can please still
accept this, even through it's pass the
dead line, I had to send it to my
family to so they can bring it to you
because I didn't have the rest of the

money to send it.
I left the receipt on the
envelope so you can see it.

Yours Truly
David I Jones
4306915



Legal Mail

David T. Jones 306915
P.O. Box 90431
Camden US 08101

Legal Mail

POSTAGE
DUE 7.25

Simandle
the
S.Courthouse

David T. Jones
Commitment #306915
Camden County Correctional Facility
P.O. Box 90431
Camden N.J. 08101

December 22, 2018

Honorable Judge Jerome B. Simandle
United States District Court for the District
of New Jersey
Mitchell H. Cohen Building + US. Courthouse
Fourth + Cooper Streets
Camden N.J. 08102

RE. David T. Jones v. Camden County Police
Department, And the Extra time you
gave me to ~~the Amended~~ to Lawsuit.
No 17-2634(JBS-JS)

Dear, Honorable Judge: Jerome B. Simandle
I'm writing you to thank you for
allowing me extra time to Amend.
my lawsuit.
    I Recieved your letter on December
21, 2018. Here At Camden County Jail

'they held you letter for a whole week before it was giving to me, The post mark says it was mark on December 14, 2018. So that gave me only a little bit of time to file my paperwork.

Soon As I received you letter I sat down and did my 1983 to Amend to 17-2634 (JBS-JS). And Im send it out on Monday December 24, 2018, I know it going be Christmas Eve and aint No mail is going be moving. So if my paperwork Arrive a little late can you please allow it to proceed.

Can you Please take in account that it's the Holidays and mail is going be back up.

P.S. Can you please send me a 1997 Lawsuit packet. The guy that runs the Law Library Said he's not allowed to help me file lawsuits Against the County. He said City Counsel to him not to help us if we file a Lawsuit against the County.

Sincerly Yours
David T. Jones
[signature]
306915

Thankyou for you help.

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

David T. Jones

(Enter above the full name of the plaintiff in this action)

COMPLAINT

Camden County Police Department

Detective Thomas R. Collins #285

Rafael Martinez #231

Brian Razzi #243

(Enter the full name of the defendant of defendants in this action)

Civil Action No. 17-2634 (JBS-JS)

(To be supplied by the Clerk of the Court)

---

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

---

6.    If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

    ✓    42 U.S.C. §1983 (applies to state prisoners)

    ____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

    If you want to assert jurisdiction under different or additional statutes, list these below:

    _____

1b.    Indicate whether you are a prisoner or other confined person as follows:

    ✓ Pretrial detainee

    ___ Civilly-committed detainee

    ___ Immigration detainee

    ___ Convicted and sentenced state prisoner

    ___ Convicted and sentenced federal prisoner

    ___ Other: (please explain)_____

2.   Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.   Parties to previous lawsuit:

Plaintiff(s): _David T. Jones_____

Defendant(s): _David Sr Owens_____
_Camden County Correctional Facility_

b.   Court and docket number: _Federal Court 17-2634 (JBS-JS)_

c.   Grounds for dismissal:  ( )   frivolous    ( ) malicious

(✓)   failure to state a claim upon which relief
may be granted

d.   Approximate date of filing lawsuit: _April 2017_____

e.   Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.   Place of Present Confinement? _Camden County Correctional Facility_

4.   Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.   Name of plaintiff: _David T. Jones_____

Address: ~~330~~ 330 Federal Street / PO Box 90431

Inmate#: _____

b.   First defendant:

Name: Det. Thomas R. Collins #275

Official position: ~~Det~~ Detective

Place of employment: Camden County Police Department

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

He issue a warrant to Arrest me without going in front of a judicial officer. He never was Sworn under OAth. (4th Amenment R3:2, R3:2-3, R 3:2-3

c.   Second defendant:

Name: Rafeal Martinez

Official position: Detative

Place of employment: Camden County Police Department

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

He the one that Arrested me without having a ~~war~~ Arrest warrant, That was signed by a judicial officer.

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

Continue from Page 9

Name     Brian Razzi #243
official postion     Detective
place of Employment     Camden County Police Department

He's that Arrested me without having
a signed Warrant.

5.   I previously have sought informal or formal relief from the appropriate
     administrative officials regarding the acts complained of in the
     Statement of Claims on page 6.

     __V__ Yes    _____ No

     If your answer is "Yes," briefly describe the steps taken, including how
     relief was sought, from whom you sought relief, and the results.

     I wrote to Internal Affairs on a
     Truth affidavit to speak to someone
     about this matter and got No response

     If your answer is "No," briefly explain why administrative remedies
     were not exhausted.

     _____

     _____

     _____

     _____

6.   Statement of Claims

     (State here as briefly as possible the facts of your case. Describe how
     each defendant violated your rights, giving dates and places. If you do
     not specify how each defendant violated your rights and the date(s)
     and place of the violations, your complaint may be dismissed. Include
     also the names of other persons who are involved, including dates and
     places. Do not give any legal arguments or cite any cases or statutes.
     If you intend to allege a number of related claims, number and set
     forth each claim in a separate paragraph. Use as much space as you
     need. Attach a separate sheet if necessary.)

     On April 17, 2015 Detective Thomas R. Collins
     stated in his supplemental offense report
     that he generated and sign the warrant and
     put out wanted flyers for my arrest to
     Camden County Police Department. Without
     going to A Judicial Officer to get a warrant
     sign.    (See Attach Exibit A)

---

Detective Rafael Martinez #231 + Brian Razzi #234

These are the officers that came and arrested me without a signed warrant. When a Detective Rafael Martinez came inside my Aunt Feleena Worthington house he never produced a signed warrant. I asked Detective Rafael Martinez if he had a signed warrant when he was putting the hand cuffs on and he stated to me that I would receive one when I got to the police station but when we arrived at the station I require to Detective Rafael Martinez, if I could have a copy of the warrant and stated to me that I would receive one the the Jail. When I arrive at the Camden County Correctional Facility I ask Detective Martinez again for the arrest warrant. And got no response, please see Exibit

On April 12, 2015 Detective Thomss R. Collins of Camden County police Department. Filed a complaint against the plaintiff and not the victim, Detective Thomss R Collins never withness crime happen, Please see Exibit A B

Please see
Attach

7.   Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to have the defendants to compensates me for my Injuries of mental Spiritally and Phsical abuse. And I would like for the courts

Continue from page 6    P1

1) On April 12, 2015 Detective Thomas R. Collings of the Camden County Police Department filed a complaint against the plaintiff and Not the victim. Detective Never witness crime happen for him to generate and sign warrant.

2) Detective Thomas R. Collins also issue a Arrest warrant for my Arrest without, First having Sworn to facts outlined in his affidavits, before a neutral party.

3) The Detached magistrate didn't sign the warrant until three days after the warrant had Issued.

4) Further more, the Detective and Judicial officer signed the complaint warrant on two separate days.
                          Please see
                          Exhibit B.

P2.

5) On original warrants Aint signed at All. Please see Exibit C

6) Neither any of these Detectives was sworn under OATH that their statement was truth,

to make the defendants to pay for
Every day I been locked up. what
ever the county and state make off
of me a day. I would like to have
the defendants to pay ever day im
locked up.

8.    Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~21~~ day of _December_, 20_1_ _8_
          21

_[signature]_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

CCPO/15003022/000000



# SUPPLEMENTAL OFFENSE REPORT
## CAMDEN COUNTY POLICE DEPARTMENT
800 FEDERAL STREET, CAMDEN NJ
(856) 757-7400

| | |
|---|---|
| **Incident:** | Aggravated Assault w/Weapon |
| **Complainant:** | Mychael Branch |
| **Address:** | 630 Ware Street, Camden, NJ |

**Case #:** 1504164017

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

| | |
|---|---|
| **Incident Date & Time:** | April 16, 2015    1620 Hours |
| **Incident Location:** | 47 Branch Village Drive, Camden, NJ 08104 |
| **Defendant:** | David Troy Jones |
| **Address:** | 731 Chelton Avenue, Camden, NJ 08104 |
| **Charges:** | Aggravated Assault with Weapon, Possession of Weapon, |
| | Possession of Weapon for Unlawful Purpose, |
| | Persons not to Have Weapons |

**Detail of Offense:**

On Thursday April 16, 2015 at 1620 hours, Officers Smith and Henderson were dispatched to 47 Branch Village for a report of a fight with one actor having a knife. Upon arrival, Officer Henderson observed 10 to 15 individuals in the area of 24 Branch Village and a shirt less black male laying on the sidewalk yelling. When Officer Henderson exited his vehicle, a black female/witness, Takia Parker stated her friend, Mychael Branch, had been stabbed and needed help. She said a bald black male with a beard wearing a Dallas Cowboy football Jersey with the number eighty-eight (88) stabbed Branch and fled on foot towards South 10th

Street and Carl Miller Blvd with the knife he used to stab Branch. Officer Henderson advised CCPD communications of the above and requested EMS for Branch.

BLS 23, Med 43, and US 22 arrived on scene and began medical treatment. Branch was treated by EMS staff on scene and transported by BLS 23 to Cooper Medical Center. Officer Smith secured Parker and transported her to the Detective Bureau to be interviewed.

While at Cooper Medical Center, Branch stated he approached a bald, dark skinned, black male, approximately 35 to 45 years of age, wearing blue jeans and an Philadelphia Eagles football jersey with the number 81. Branch thinks his first name is Troy. Branch stated he approached Troy to confront him about stealing Parker's cell phone earlier in the day. Branch said he and Troy became engaged in a verbal argument about the cell phone. The argument turned physical with Branch punching Troy in the face knocking him to the ground.  Troy got up and ran from the scene.  A few minutes later, Branch said he heard people in the area yelling that Troy was back and had a knife.  Branch said Troy ran towards

1

| This offense is cleared: | | |
|---|---|---|
| Unfounded | ( ) | |
| Cleared By Arrest | (X) | Signed: _____  Date: 4-23-15 |
| Exceptionally Cleared | ( ) | Detective Thomas R. Collins #275 |
| Inactive (Not Cleared) | ( ) | #170 |
| Early Case Closure | ( ) | Signed: _____  Date: 4-23-2015 |
| Preliminary Investigation / Secondary Investigation | ( ) | Supervisor |

Det Supp V1 6.5.14

CCPO/15003022/000000

EXIBIT A 2



**SUPPLEMENTAL OFFENSE REPORT**
**CAMDEN COUNTY POLICE DEPARTMENT**
800 FEDERAL STREET, CAMDEN NJ
(856) 757-7400

| | |
|---|---|
| Incident: | **Case #:   1504164017** |
| | **Aggravated Assault w/Weapon** |
| Complainant: | **Mychael Branch** |
| Address: | **630 Ware Street, Camden, NJ** |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

him with a 5 to 6 inch long silver kitchen knife and stabbed him several times. Someone pulled Troy off of Branch and Troy left the area on foot towards South 10th Street and Carl Miller Blvd.

CSI Boulger #755 was notified, responded and took photographs of the scene and Branch.  RTTOIC was notified of the above.


**Investigation:**
Detective Crawford and I interviewed Parker in the CCPD Detective Bureau.  Parker confirmed the story stating she has known Troy for approximately 13 years but could not recall his last name.  She did know where Troy lives.  We transported Parker by Troy's residence at 731 Chelton Street.  Parker positively identified Troy's house.  We talked to Troy's mother, Jeanne Jones at 731 Chelton Street. Jeanne was already aware of the situation and was visibly upset.  Jeanne stated her son's name is Troy Jones with a DOB of 3/12/1975.  Jeanne stated Troy had not been home nor did she know where he may have gone.  Jeanne stated Troy has a long history of emotional issues and takes prescribed medication for them.  Jeanne also admitted Troy has problems with alcohol and drug use, specifically smoking Wet.

Detective Crawford and I went to Cooper Medical Center and talked to the trauma center team.  They confirmed Branch had come through the trauma center with multiple stab wounds and was currently in surgery.  They stated Branch's injuries are not life threatening and he would be in the Intensive Care Unit after surgery and wound not be able to be interviewed until he was stable sometime tomorrow, Friday April 17, 2015.

On April 17, 2015, Detectives Jenkins, Crawford and I interviewed and obtained a taped statement from the victim, Mychael Branch, in Cooper Medical Center Intensive Care Unit.  Branch confirmed the accounts of the assault and positively identified the suspect, David Troy Jones DOB 3/12/1975.

I spoke with Branch's nurse, Pricella Hagerty RN.  Hagerty stated Branch received the following injuries from the assault: Fractured Right Scapula (a result from being stabbed), Lacerations to the Left lower extremity, Left interior thigh, Right lower extremity, Right posterior thigh and at least 1 laceration to the abdomen.  Branch underwent emergency surgery last night.  All of his injuries are not life threatening and no internal organs were damaged from the assault.

2

This offense is cleared:
| | |
|---|---|
| Unfounded | ( ) |
| Cleared By Arrest | (X) |
| Exceptionally Cleared | ( ) |
| Inactive (Not Cleared) | ( ) |
| Early Case Closure | ( ) |
| Preliminary Investigation / Secondary Investigation | ( ) |

Signed: _____   Date: 4-23-15
Detective Thomas R. Collins #275

Signed: _____ #170   Date: 4-23-2015
Supervisor

Det Supp V1.6 5.14

CCPO/15003022/000000

3



**SUPPLEMENTAL OFFENSE REPORT**
**CAMDEN COUNTY POLICE DEPARTMENT**
800 FEDERAL STREET, CAMDEN NJ
(856) 757-7400

| | |
|---|---|
| **Case #:** | **1504164017** |
| Incident: | **Aggravated Assault w/Weapon** |
| Complainant: | **Mychael Branch** |
| Address: | **630 Ware Street, Camden, NJ** |

*ADDITIONAL DETAILS OF OFFENSE; PROGRESS OF INVESTIGATION, ETC.*

I generated and signed Warrants 0408-W-2015-00265 & 0408-W-2015-002647 and charged Jones with Aggravated Assault with Weapon, Possession of Weapon, Possession of Weapon for Unlawful Purpose & Persons not to Have Weapons; 2C:12-1B(2), 2C:39-5D, 2C:39-4D & 2C:39-7A respectively.

I forwarded the warrant packet to Central Complaint, made a copy of same for Detective Razzi and sent the Wanted Flyer for Jones to the CCPD distribution email list.

On April 21st, 2015, Detective Martinez #231 and Detective Razzi #243, in working partnership with the U.S. Marshals Task Force (Camden Division), placed fugitive David Jones under arrest at the residence of 18 Leonard Street, Camden, NJ 08105. Jones was transported to CCPD Central Complaint for processing and remanded to Camden County Jail.

Based on the facts and circumstances of this case I recommend that this case be marked Cleared by Arrest.

*Exibit A*

3

| | | | |
|---|---|---|---|
| **This offense is cleared:** | | | |
| Unfounded | ( ) | | |
| Cleared By Arrest | (X) | Signed: _____ | Date: 4-23-15 |
| Exceptionally Cleared | ( ) | Detective Thomas R. Collins #275 | |
| Inactive (Not Cleared) | ( ) | | |
| Early Case Closure | ( ) | Signed: _____ #170 | Date: 4-23- |
| Preliminary Investigation | ( ) | Supervisor | |
| / Secondary Investigation | | | |

*Exhibit B ONE* [handwritten]

*spoke to Captain Francescini, she stated she went to prosecu office to get a warrant* [handwritten]

# COMPLAINT - WARRANT

| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |
|---|---|---|---|
| 0408 | W | 2015 | 002645 |

**THE STATE OF NEW JERSEY**
**VS.**
DAVID T JONES

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN            NJ  08101-5120
(856) 757-7000 COUNTY OF: CAMDEN

ADDRESS: 371 CHELTON AVE

CAMDEN            NJ  08104

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | 1504164017 |

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN        DOB: 03-12-1975
DRIVER'S LIC. #.                              DL STATE:
SOCIAL SECURITY #: 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    SBI #: 134453C
TELEPHONE #:

COMPLAINANT THOMAS   COLLINS
NAME:          800 FEDERAL STREET
               ATTN: WARRANTS
               CAMDEN          NJ  08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                  , CAMDEN          County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY OR KNOWINGLY CAUSE BODILY INJURY TO MYCHAEL BRANCH BY USE OF A DEALY WEAPON, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES WITH A SILVER BLADED KNIFE ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:12-1B(2) A CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY A SILVER BLADED KNIFE, UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL USE, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES ABOUT THE TORSO AND LEGS WITH A KNIFE DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-5D A CRIME OF THE FOURTH DEGREE

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A SILVER BLADED KNIFE WITH THE PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER,
In violation of:

| Original Charge | 1) 2C:12-1B(2) | 2) 2C:39-5D | 3) 2C:39-4D |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____   THOMAS   COLLINS   (TC)            Date: 04-17-2015

DATE OF FIRST APPEARANCE 04-28-2015    TIME    9:00am    DATE OF ARREST

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

_____   _____   _____   _____
Signature of Court Administrator or Deputy Court Administrator   Date   Signature of Judge   Date

☑ Probable cause IS found for the issuance of this complaint.                    DCA    4/20/15
                                                  Signature and Title of Judicial Officer Issuing Warrant   Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by: _____
                                                  (if different from judicial officer that issued warrant)

☐ Domestic Violence -- Confidential   |   ☐ Related Traffic Tickets or Other Complaints   |   ☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 7                                        NJ/CDR2.B/1/2005

*This the one they got signed after I complained about not having one signed* [handwritten]

*[handwritten top margin:]* Exhibit B. Two   spoke to Captain Franceschini she stated she went to Prosecutor office to get a warrant.

## COMPLAINT - WARRANT

THE STATE OF NEW JERSEY
VS.
DAVID T JONES

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0408 | W | 2015 | 002645 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN        NJ  08101-5120
(856) 757-7000 COUNTY OF: CAMDEN

ADDRESS:
371 CHELTON AVE

CAMDEN        NJ 08104

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | 1504164017 |

COMPLAINANT  THOMAS  COLLINS
NAME:        800 FEDERAL STREET
             ATTN: WARRANTS
             CAMDEN       NJ  08101

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN        DOB: 03-12-1975
DRIVER'S LIC. #.                          DL STATE:
SOCIAL SECURITY #: 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   SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY , CAMDEN County, NJ did: SPECIFICALLY BY STABBING MYCHAEL BRANCH WITH A KNIFE NUMEROUS TIMES ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-4D A CRIME OF THE THIRD DEGREE.

DATE AND TIME: APRIL 16, 2015    1420 HOURS
LOCATION: 47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

In violation of:

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |

CERTIFICATION:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS COLLINS  (TC)        Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015    TIME    9:00am    DATE OF ARREST

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

_____     _____        _____     _____
Signature of Court Administrator or Deputy Court Administrator    Date    Signature of Judge    Date

☑ Probable cause IS found for the issuance of this complaint.    DCA    4/20/15
                                      Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by: _____
                                      (if different from judicial officer that issued warrant)

| ☐ Domestic Violence -- Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

ORIGINAL

Page 1 of 7    NJ/CDR2 8/1/2005

*[handwritten bottom margin:]* This the one they got signed after I complained about not having one issued

*[Handwritten at top: "Spoke to ~~County~~ Captain Franceschini she stated she went to prosecutor office to get thi warn"]*

*[Handwritten left margin: "Exhib B Three"]*

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **0408** | **W** | **2015** | **002647** | *VS.* |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | DAVID T JONES |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                NJ  08101-5120
(856) 757-7000 COUNTY OF: CAMDEN

ADDRESS:
371 CHELTON AVE

CAMDEN                NJ 08104

| # of CHARGES 1 | CO-DEFTS | POLICE CASE #: 1504164017 |
|---|---|---|

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN          DOB: 03-12-1975
DRIVER'S LIC. #:                                    DL STATE:
SOCIAL SECURITY #: 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   SBI #: 134453C
TELEPHONE #:

COMPLAINANT NAME: THOMAS COLLINS
800 FEDERAL STREET
ATTN: WARRANTS
CAMDEN          NJ  08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    , CAMDEN    County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, HAVING BEEN CONVICTED OF A CRIME ON 3/9/2015 REFERENCE INDICTMENT #CAM140501356I, FOR KNOWINGLY POSSESSING A WEAPON, SPECIFICALLY BY HAVING IN HIS POSSESSION A SILVER BLADED KNIFE, IN VIOLATION OF N.J.S. 2C:39-7A A CRIME OF THE FOURTH DEGREE.

DATE AND TIME:  APRIL 16, 2015    1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION:  TAPED STATEMENTS FROM VICTIM AND WITNESS

In violation of:

| | | | |
|---|---|---|---|
| Original Charge | 1) 2C:39-7A | 2) | 3) |
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS COLLINS (TC) _____          Date: 04-17-2015

DATE OF FIRST APPEARANCE  04-28-2015      TIME    9:00am        DATE OF ARREST

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

_____                    _____
Signature of Court Administrator or Deputy Court Administrator    Date          Signature of Judge                        Date

☑ Probable cause IS found for the issuance of this complaint.        _____DCA____  4/20/15
                                                        Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____/_____  by: _____
                                                (if different from judicial officer that issued warrant)

| ☐  Domestic Violence – Confidential | ☐  Related Traffic Tickets or Other Complaints | ☐  Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐  No phone, mail or other personal contact w/victim
☐  No possession firearms/weapons
☐  Other (specify):

**ORIGINAL**

Page 1 of 7                                        NJ/CDR2 8/1/2005

*[Handwritten at bottom: "This the one they got signed after I complained about not..."]*

Page 1   Exibit C

# COMPLAINT - WARRANT

## THE STATE OF NEW JERSEY

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0408** | **W** | **2015** | **002645** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

VS.

DAVID T JONES

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                NJ  08101-5120
(856)757-7000 COUNTY OF: CAMDEN

ADDRESS: 371 CHELTON AVE

CAMDEN                NJ 08104

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | 1504164017 |

COMPLAINANT NAME: THOMAS  COLLINS
800 FEDERAL STREET
ATTN: WARRANTS
CAMDEN            NJ 08101

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN      DOB: 03-12-1975
DRIVER'S LIC. #.                           DL STATE:
SOCIAL SECURITY #: 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    SBI #: 134453C
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                    CAMDEN     County,NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY OR KNOWINGLY CAUSE BODILY INJURY TO MYCHAEL BRANCH BY USE OF A DEALY WEAPON, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES WITH A SILVER BLADED KNIFE ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:12-1B(2) A CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY A SILVER BLADED KNIFE, UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL USE, SPECIFICALLY BY STABBING MYCHAEL BRANCH NUMEROUS TIMES ABOUT THE TORSO AND LEGS WITH A KNIFE DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-5D A CRIME OF THE FOURTH DEGREE

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A SILVER BLADED KNIFE WITH THE PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER,

in violation of:

| Original Charge | 1) 2C:12-1B(2) | 2) 2C:39-5D | 3) 2C:39-4D |
|---|---|---|---|
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____ THOMAS  COLLINS ~(TC)~ _____    Date: 04-17-2015

DATE OF FIRST APPEARANCE 04-28-2015    TIME    9:00am    DATE OF ARREST

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐   Probable cause **IS NOT** found for the issuance of this complaint.

_____     _____     _____     _____
Signature of Court Administrator or Deputy Court Administrator    Date    Signature of Judge    Date

☐   Probable cause **IS** found for the issuance of this complaint. _____     _____
Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ . _____ / _____ by: _____
(if different from judicial officer that issued warrant)

| ☐ Domestic Violence – Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐   No phone, mail or other personal contact w/victim
☐   No possession firearms/weapons
☐   Other (specify):

**ORIGINAL**

Page 1 of 7                    NJ/CDR2 8/1/2005

CCPO/150030222/00000012

Was on my discovery        Warrant was Never signed

*Page 2* *Exibit C*

# COMPLAINT - WARRANT

COMPLAINT NUMBER

| 0408 | W | 2015 | 002645 |
|------|---|------|--------|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

### THE STATE OF NEW JERSEY

*VS.*

**DAVID T JONES**

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                NJ  08101-5120
(856)757-7000 COUNTY OF:  CAMDEN

ADDRESS:
371 CHELTON AVE

CAMDEN                NJ  08104

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|--------------|----------|----------------|
| 3 | | 1504164017 |

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN      DOB: 03-12-1975
DRIVER'S LIC. #.                         DL STATE:
SOCIAL SECURITY #: 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    SBI #: 134453C
TELEPHONE #:

COMPLAINANT NAME: THOMAS COLLINS
800 FEDERAL STREET
ATTN: WARRANTS
CAMDEN            NJ  08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY                          , CAMDEN   County,NJ did:
SPECIFICALLY BY STABBING MYCHAEL BRANCH WITH A KNIFE NUMEROUS TIMES ABOUT THE TORSO AND LEGS DURING A FIGHT, IN VIOLATION OF N.J.S. 2C:39-4D A CRIME OF THE THIRD DEGREE.

DATE AND TIME:   APRIL 16, 2015    1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

In violation of:

| Original Charge | 1) | 2) | 3) |
|-----------------|----|----|----|
| Amended Charge | | | |

## CERTIFICATION:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____  THOMAS COLLINS *(TC)*              Date: 04-17-2015

DATE OF FIRST APPEARANCE 04-28-2015     TIME    9:00am     DATE OF ARREST

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐  Probable cause **IS NOT** found for the issuance of this complaint.

_____   _____   _____   _____
Signature of Court Administrator or Deputy Court Administrator   Date        Signature of Judge          Date

☐  Probable cause **IS** found for the issuance of this complaint. _____
                                                     Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by:_____
                                              (if different from judicial officer that issued warrant)

| ☐ Domestic Violence -- Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐  No phone, mail or other personal contact w/victim
☐  No possession firearms/weapons
☐  Other (specify):

**ORIGINAL**

Page 1 of 7                    NJ/CDR2 8/1/2005

CCPO/150030220/00000013

*Was in my discovery     warrant was Never served*

*Page 3* *Exhibit C* (handwritten)

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 0408 | W | 2015 | 002647 | *VS.* |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | DAVID T JONES |

CAMDEN CITY MUNICIPAL COURT
520 MARKET ST
CAMDEN                   NJ 08101-5120
(856)757-7000 COUNTY OF: CAMDEN

ADDRESS: 371 CHELTON AVE

CAMDEN                   NJ 08104

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 1504164017 |

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN        DOB: 03-12-1975
DRIVER'S LIC. #.                          DL STATE:
SOCIAL SECURITY #: 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  SBI #: 134453C
TELEPHONE #:

COMPLAINANT NAME: THOMAS COLLINS
800 FEDERAL STREET
ATTN: WARRANTS
CAMDEN          NJ 08101

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-16-2015 in CAMDEN CITY , CAMDEN County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, HAVING BEEN CONVICTED OF A CRIME ON 3/9/2015 REFERENCE INDICTMENT #CAM140501356I, FOR KNOWINGLY POSSESSING A WEAPON, SPECIFICALLY BY HAVING IN HIS POSSESSION A SILVER BLADED KNIFE, IN VIOLATION OF N.J.S. 2C:39-7A A CRIME OF THE FOURTH DEGREE.

DATE AND TIME:  APRIL 16, 2015   1420 HOURS
LOCATION:  47 BRANCH VILLAGE DRIVE, CAMDEN, NJ 08104
JUSTIFICATION: TAPED STATEMENTS FROM VICTIM AND WITNESS

in violation of:

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:39-7A | | |
| Amended Charge | | | |

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: THOMAS COLLINS _(TC)_                                    Date: 04-17-2015

DATE OF FIRST APPEARANCE 04-28-2015   TIME  9:00am   DATE OF ARREST

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

_____   _____   _____   _____
Signature of Court Administrator or Deputy Court Administrator   Date   Signature of Judge   Date

☐ Probable cause IS found for the issuance of this complaint. _____   _____
Signature and Title of Judicial Officer issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ / _____ by: _____
(if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential   ☐ Related Traffic Tickets or Other Complaints   ☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 7                NJ/CDR2 8/1/2005

*Was in my discovery  Warrant was never signed* (handwritten)

To:

Honorable Jerome B Simandle

RECEIVED
JAN 11 2019
AT 8:30
WILLIAM T WALSH CLERK
M